IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.P. PINO & ASSOCIATES, INC., et al.,  :
                Plaintiffs,     :     CIVIL ACTION
                                  :
   v.     :
                                  :
UTICA MUTUAL INSURANCE CO.,     :     No. 11-3962
                Defendant.     :

**ORDER**

AND NOW, this **3rd** day of **July, 2012**, upon consideration of Plaintiffs' Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and the parties' responses thereto, and for the reasons stated in the Court's Memorandum dated July 3, 2012, it is hereby **ORDERED** that:

1. Plaintiffs' motion (Document No. 12) is **DENIED**.

2. Defendant's motion (Document No. 14) is **GRANTED**.

3. Judgment is entered in favor of Defendant and against Plaintiffs.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**