IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.P. PINO & ASSOCIATES, INC., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UTICA MUTUAL INSURANCE CO., | : | No. 11-3962 |
| Defendant. | : | |

### ORDER

AND NOW, this **9th** day of **August, 2012**, upon consideration of Plaintiffs' Motion for Reconsideration, Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated August 9, 2012, it is hereby **ORDERED** that Plaintiffs' motion (Document No. 25) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**